# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 1:07CR70 |
| ) | |
| HAROLD STEVE HARTNESS ) | |

## ORDER

The matter came before the Court for a status hearing.

For the reasons stated from the Bench,

It is hereby **ORDERED** that the parties are **DIRECTED** to comply with the following schedule:

1. Any pretrial motions must be filed by 5:00 p.m., Friday, November 2, 2007;

2. Responses to any pretrial motions must be filed by 5:00 p.m., Friday, November 16, 2007;

3. Any pretrial motions filed by the parties will be resolved on the papers, without oral argument, unless otherwise ordered by the Court, in which case any oral argument would be held at 10:00 a.m., Tuesday, December 4, 2007.

4. Any plea agreement must be filed by 5:00 p.m., Monday, November 19, 2007.

5. A jury trial is **SCHEDULED** to commence at 10:00 a.m., Wednesday, December 5, 2007.

The Clerk is directed to send a copy of this Order to the Probation Office, the Marshal's Service and all counsel of record.

September 11, 2007
Alexandria, VA

/s/
T. S. Ellis, III
United States District Judge