IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD STEVE HARTNESS | ) | 1:07cr70 |

FILED
ASHEVILLE, N.C.

SEP 1 3 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER

The matter came before the Court on defendant's motion to revoke the magistrate judge's detention order (docket no. 8).

For the reasons stated from the Bench,

It is hereby **ORDERED** that a ruling on defendant's motion to revoke the magistrate judge's detention order is **DEFERRED** pending further investigation by the Probation Office into the suitability of the proposed residence and third party custodian in accordance with the instructions from the Bench.

The Clerk is directed to send a copy of this Order to the Marshal's Service, the Probation Office and all counsel of record.

September 11, 2007
Alexandria, VA

T. S. Ellis, III
United States District Judge