UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

MAR 21 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 1:07CR70-TSE |
| vs. | ) |
| HAROLD STEVE HARTNESS | ) |

## ORDER TO DISMISS

Upon the motion of the United States of America, the Court hereby orders that the Bill of Indictment in this matter be dismissed.

**SO ORDERED**, this the 21 day of March, 2008.

_____
T. S. Ellis, III
United States District Judge